312

NU-CAR CARRIERS, INC., PLAINTIFF-RESPONDENT, v. M. ELIZABETH RENNER, *ET AL.*, DEFENDANT-PETITIONER.

*Messrs. Ichel & Marra* and *Messrs. Levy, Lemken & Margulies* for the petitioners.

*Messrs. Toolan, Haney & Romond* for the respondent.

February 1, 1966. Denied.

OLIVIA WELLING, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. NATIONAL FAMILY STORES OF NEW JERSEY, DEFENDANT-PETITIONER.

*Messrs. Harkavy & Lieb* and *Mr. Stanley M. Teich* for the petitioner.

*Messrs. Joseph M. Goldstein* and *Howard L. Ballen* for the respondent.

February 1, 1966. Denied.

LOUIS CAPUTZAL, PLAINTIFF-APPELLANT, v. THE LINDSAY COMPANY, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. John W. Taylor* for the petitioners.

*Mr. Thomas F. Shebell* for the appellant.

February 1, 1966. Granted.